IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CRAIG MENDENHALL | § | |
| v. | § | CIVIL ACTION NO. 5:07cv44 |
| WARDEN JOSEPH WILSON, ET AL. | § | |

ORDER

The Plaintiff Craig Mendenhall has filed a motion to asking for leave to file carbon copies of his motions, rather than originals, in Court. The Federal Rules of Civil Procedure require that documents filed in court bear an original signature. *See* Rule 11, Fed. R. Civ. P. Rule 10 of the Local Rules of Court for the Eastern District of Texas requires, *inter alia*, that pleadings filed on paper be plainly written, typed, or printed. It is not clear that Mendenhall's proposed carbon copies will meet these requirements. It is accordingly

ORDERED that the Plaintiff's motion for leave to file carbon copies, filed October 29, 2008 (docket no. 47) is DENIED. Mendenhall is cautioned to ensure that his pleadings comply with Rule 10 of the Local Rules and Rule 11 of the Federal Rules of Civil Procedure.

**SIGNED this 17th day of December, 2008.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1